**No. 53324.**—Elizabeth Arden, Inc. *v.* United States, protest 144688–K (New York).

Opinion by LAWRENCE, J.    The protest was dismissed.

**No. 53325.**—The American Museum of Natural History et al. *v.* United States, protests 146869–K, etc. (New York).

Opinion by LAWRENCE, J.    The protests were dismissed.

**No. 53326.**—Louis Meyers & Son, Inc. *v.* United States, protests 105322–K, etc. (New York).

Opinion by RAO, J.    It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made.    The claim of the plaintiff was therefore sustained.

**No. 53327.**—Louis Meyers & Son, Inc. *v.* United States, protests 860350–G, etc. (New York).

Opinion by RAO, J.    It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).    The claim of the plaintiff was therefore sustained.

**No. 53328.**—Louis Meyers & Son, Inc. *v.* United States, protests 105317–K, etc. (New York).

Opinion by RAO, J.    It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).    The claim of the plaintiff was therefore sustained.

**No. 53329.**—Ignaz Strauss & Co., Inc. *v.* United States, protests 111958–K, etc. (New York).

Opinion by Rao, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64,. C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53330.**—Tropical Craft Import & Export Co. et al. *v.* United States, protests 132911–K (B), etc. (New York).

Opinion by Rao, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

Before the First Division, June 23, 1949

**No. 53331.**—National Bead Co., Inc. *v.* United States, protest 133030–K (New York).

Opinion by Oliver, C. J.  It was stipulated that the merchandise consists of alabaster glass beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020).  The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 53332.**—Rand Bros., Inc. *v.* United States, protest 137145–K (New York).

Opinion by Oliver, C. J.  It was stipulated that the merchandise consists of alabaster glass beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020).  The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 53333.**—M. Segerman *v.* United States, protest 58490–K (New York).